**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**John Edward MILLIGAN, also known as Johnny Yahoo, also known as John Milligan, Defendant–Appellant.**

No. 11–50232
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 4, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Richard Gale Ferguson, Esq., Waco, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent John Edward Milligan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Milligan has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal pres-

ents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

